UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL, ASSOCIATION, as Trustee of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 | § § § § § § | |
| Plaintiff, | § § | No. 3:24-CV-0382-B-BW |
| V. | § § | |
| CHARLES FOSTER MALLOY, | § § § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and and **DENIES** Defendant's motions seeking dismissal and other relief (Dkt. No. 20).

SO ORDERED.

DATE: May 5, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-