IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee of the Citigroup Mortgage Loan Trust Inc. Asset-backed Pass-Through Certificates, Series 2007-AMC2<br>　　　　Plaintiff,<br><br>v.<br><br>CHARLES FOSTER MALLOY,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　CIVIL NO. 3:24-CV-0382-B-BW<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

　　The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **GRANTS** in part Plaintiff's Amended Motion to Strike and Dismiss (Doc. 40), **DISMISSES** Defendant's putative counterclaims and **GRANTS** Plaintiff's Motion for Summary Judgment (Doc. 51). The Court will enter a separate judgment authorizing judicial foreclosure.

　　**SO ORDERED** this 30th day of January, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JANE J. BOYLE
　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE